UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number:  21-14308-CIV-MARTINEZ

BASF CORPORATION,

    Plaintiff,

v.

WORLD CLASS COLLISION, LLC,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    THE MATTER was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Default Judgment ("Motion"), (ECF No. 14).  Magistrate Judge Maynard filed a Report and Recommendation, (ECF No. 16), recommending that the Motion be granted, and that Plaintiff be awarded a total of $512,022.80 in damages, comprised of $511,040.80 in actual damages plus $982.00 in costs.  The Court has reviewed the entire record and notes that no objections have been filed.  After careful consideration, it is hereby:

    **ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation, (ECF No. 16), is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

    **ADJUDGED** that:

    1.    Plaintiff's Motion for Default Judgment, (ECF No. 14), is **GRANTED**.

    2.    Plaintiff shall be awarded $512,022.80 in damages.  Default Final Judgment will be entered by separate order.

    3.    This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT.**

    DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of July, 2022.

                                                  _____
                                                 JOSE E. MARTINEZ
                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record